UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL G. SANTO,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No. 1:12-cv-820

Honorable Paul L. Maloney

**JUDGMENT**

      Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Date: February 4, 2013

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge